UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
 Plaintiff, )
 )  CASE NO. 01-339
 v. )
 )
WAL-MART STORES, INC., )
 )
 Defendant. )
_____ )

### ENTRY OF APPEARANCE

Comes now Jo Ann Farnsworth, Senior Trial Attorney for the Equal Employment Opportunity Commission, and enters her appearance for and on behalf of Plaintiff, Equal Employment Opportunity Commission.

Respectfully submitted,

LAURIE A. YOUNG, #11480-49
Regional Attorney

JO ANN FARNSWORTH, #8364-49
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis, Indiana 46204
(317) 226-7949
FAX: (317) 226-5571
e-mail: jfarnsw@eeoc.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of Plaintiff's Entry of Appearance was sent by U.S. Mail, postage prepaid, this 21st day of September 2001,

to:

Kathryn A. Quesenberry
Erin M. Roak
Woodward, Hobson & Fulton, L.L.P.
2500 National City Tower
Louisville, Kentucky 40202

JO ANN FARNSWORTH, #8364-49
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis, Indiana 46204
(317) 226-7949
FAX: (317) 226-5571
e-mail: jfarnsw@eeoc.gov