UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 6:01-CV-339-KKC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,                    PLAINTIFF,

v.                                  **ORDER**

WAL-MART STORES, INC.,                                      DEFENDANT.

\*\*\*\*\*\*\*\*\*\*\*

The Court ORDERS that the attached redacted letter from Janice Poff be filed in the record of this matter. The original letter shall be filed UNDER SEAL.

The Court also ORDERS that this matter is set for a telephonic status conference on **February 23, 2012 at 1:30 p.m.** to discuss the concerns raised in the letter.

The EEOC is ORDERED to deliver a copy of this Order to the Settlement Administrator and the Settlement Administrator shall take part in the status conference. Chambers will initiate the call. The EEOC and the Settlement Administrator SHALL notify Chambers by <u>noon on February 21, 2012</u> of the phone number where they can be reached for the status conference.

Dated this 8th day of February, 2012.

Signed By:
*Karen K. Caldwell*
United States District Judge