UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL MINUTES-GENERAL

FEB 2 3 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CASE NO. 6:01-CV-339-KKC          AT: LEXINGTON          DATE: February 23, 2012

STYLE: EEOC v. WAL-MART STORES, INC.

---

PRESENT:    HON.   _KKC_   , U.S. DISTRICT JUDGE
                   KAREN K. CALDWELL

Genia Denisio                    Rhonda Sansom
Deputy Clerk                     Court Reporter

ATTORNEY PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Nancy Dean Edmonds                        Kathryn A. Quesenberry

**PROCEEDING:  TELEPHONIC STATUS CONFERENCE**

This matter was called for a Telephonic Status Conference. The Court has received letters from class members expressing concerns in the delay in the distribution of settlement checks. Settlement administrator, Laurie Kovach, also participated telephonically. Proceedings were transcribed by official court reporter, Rhonda Sansom.

The Court was informed by counsel for both parties that a dispute between the parties as to the nature of mailing and costs of mailing was the cause of delay. After hearing from counsel, the Court inquired as to when the distribution checks can be expected to be mailed. Pending approval from Wal-Mart, counsel advised the Court that checks would be mailed by February 29, 2012.

The Court ORDERS the parties to advise the Court if any more delays or issues arise concerning distribution of the settlement to class members.

This 23rd day of February, 2012.

Copies: COR

TIC: 10 MIN                                             Initial of Deputy Clerk gld